UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DION WIENS,

                    Plaintiff,

      v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                 Defendant.

CASE NO. C15-0267-RAJ

ORDER AFFIRMING COMMISSIONER

      The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, and Plaintiff's objections thereto;  It is therefore ORDERED:

      (1)    The Court adopts the Report and Recommendation;

      (2)    The Court AFFIRMS the decision of the Commissioner; and

      (3)    The Clerk shall direct copies of this Order to plaintiff, counsel for defendant, and to Judge Theiler.

      DATED this 2nd day of October, 2015.

                  _____

                  The Honorable Richard A. Jones
                  United States District Judge

ORDER AFFIRMING COMMISSIONER
PAGE - 1